# UNITED STATES DISTRICT COURT
# DISTRICT OF COLORADO

JAMAL COLEMAN and SHEENA COLEMAN, on behalf of themselves and all others similarly situated,

    Plaintiffs,

v.

WEYERHAEUSER COMPANY,

    Defendant.

Case No. 17-cv-01093-VAC-SRF

## INFINITY HOME COLLECTION'S MOTION TO QUASH SUBPOENA

Infinity Home Collection ("Infinity") files this Motion to Quash the Subpoena served on it on November 29, 2017.

Infinity seeks to quash the Subpoena to Produce Documents, Information, or Objection or to Permit Inspection of Premises ("Production Request") propounded by Jamal Coleman and Sheena Coleman, on behalf of themselves and all others similarly situated in the above captioned Civil Action ("Plaintiffs"). The Production Request must be quashed consistent with the mandatory provisions of Fed. R. Civ. P. 45(d)(3), because it: (a) fails to allow a reasonable time to comply; (b) requires disclosure of privileged or other protected matter, if no exception or waiver applies; (c) subjects Infinity to undue burden; and (d) seeks to circumvent the rules for discovery between parties under Rule 34 by using a subpoena as against a non-party outside of the jurisdiction of the Court. The Production Request is improper and, consequently, Infinity respectfully request that this Court quash the subpoena and the attendant Production Request.

2

WHEREFORE Infinity respectfully requests that its Motion to Quash Subpoena be granted and for such other and further relief as is just and appropriate under the circumstances.

Dated this 13th day of December, 2017.

          Respectfully submitted,

          COAN, PAYTON & PAYNE, LLC

          /s/ Robert D. Lantz
          Robert D. Lantz, #30825
          999 18th Street, Suite S-1500
          Denver, Colorado 80202
          Telephone: (303) 861-8888
          Facsimile: (970) 232-9927
          Email: rlantz@cp2law.com
          Attorney for Infinity Home Collection